United States District Court
Southern District of Texas
**ENTERED**
January 21, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| THE HARBOUR CONDOMINIUMS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:18-CV-350 |
| § | |
| WRIGHT NATIONAL FLOOD § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

# ORDER

The Court is in receipt of the Parties' Joint Stipulation of Dismissal with Prejudice, Dkt. No. 20. The Parties state that they stipulate to dismissing the case with prejudice and each party bearing its own costs. *Id.* Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a stipulation of dismissal "is effective upon filing and does not require the approval of the court." *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010).

Accordingly, because the above-captioned case has been dismissed with prejudice, the Court **VACATES** all settings and deadlines and **DIRECTS** the Clerk of the Court to close the case.

SIGNED this 21st day of January, 2020.

_____
Hilda Tagle
Senior United States District Judge